Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,
COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.P. and I.P., by and through their guardian ad litem Diana Perez, in each case individually and as successors in interest to **Luis Morin, Jr.**, deceased; J.M. and E.M., by and through their guardian ad litem Fabiola Velasquez, in each case individually and as successors in interest to Luis Morin Jr., deceased; MARIA GOMEZ; and LUIS MORIN,,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; OSCAR RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 5:14-CV-01793-VAP-DTBx<br>[*Hon. Virginia A. Phillips, Dist. Judge; Hon. David T. Bristow, Mag. Judge*]<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE PENDING TRIAL AND PRE-TRIAL DATES**<br><br>Complaint Filed:  August 29, 2014<br>Trial Date:  February 2, 2016 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 16 and 40, as well as United States District Court, Central District of California Local Rule 40-2, plaintiffs A.P. and I.P., by and through their guardian ad litem Diana Perez, in each case individually and as successors in interest to Luis Morin,

Jr., deceased; J.M. and E.M., by and through their guardian ad litem Fabiola Velasquez, in each case individually and as successors in interest to Luis Morin Jr., deceased; MARIA GOMEZ; and LUIS MORIN ("Plaintiffs") and defendant COUNTY OF RIVERSIDE (Defendant) by and through their respective counsel of record, the parties have tentatively agreed to resolve all of the contested claims in the above entitled matter –subject to the condition that such settlement is approved by the County Board of Supervisors, and subject to the plaintiffs' execution of a defense-acceptable written release of all claims.

The parties jointly anticipate that the County Board of Supervisors is likely to address the proposed settlement within the next ninety to one hundred and twenty (90-120) days.

In the interim, the parties jointly recommend and request that the honorable Court vacate the current Trial and pre-trial dates – so as to take the pending March 21, 2016 Final Pre-Trial Conference, as well as the pending March 29, 2016 Trial date, off-calendar.

In the unlikely event that the parties fail to file a stipulation for dismissal with prejudice as to the entire action by January 20, 2016, the parties jointly recommend that the honorable Court set a scheduling and status conference thereafter to determine if any subsequent action or scheduling is warranted.

DATED:  October  9, 2015          **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


                                  By:         /s/Angela M. Powell
                                       Eugene P. Ramirez
                                       Tony M. Sain
                                       Angela M. Powell
                                       Attorneys for Defendant,
                                       COUNTY OF RIVERSIDE

| | | |
|---|---|---|
| 1 | DATED:  October 9, 2015 | **NORRIS & GALANTER LLP** |

By: _____/s/Donald G. Norris_____
Donald G. Norris
Attorneys for Plaintiffs,
A.P. and I.P., by and through their
guardian ad litem Diana Perez,
Attorneys for Plaintiffs

DATED:  October 9, 2015   **KENNER & GREENFIELD**

By: _____/s/David E. Kenner_____
David E. Kenner, Esq.
Brett A. Greenfield, Esq.
Attorneys for Plaintiffs
A.P. and I.P., by and through their
guardian ad litem Diana Perez, et al.

DATED:  October 9, 2015   **SMITH LAW OFFICES, LLP**

By: _____/s/Douglas C. Smith_____
Douglas C. Smith
Attorneys for Defendant, Deputy
Oscar Rodriguez