Eugene P. Ramirez (State Bar No. 134865)
*epr@manningllp.com*
Tony M. Sain (State Bar No. 251626)
*tms@manningllp.com*
Angela Powell (State Bar No. 191876)
*amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,
COUNTY OF RIVERSIDE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

A.P. and I.P., by and through their guardian ad litem Diana Perez, in each case individually and as successors in interest to **Luis Morin, Jr.**, deceased; J.M. and E.M., by and through their guardian ad litem Fabiola Velasquez, in each case individually and as successors in interest to Luis Morin Jr., deceased; MARIA GOMEZ; and LUIS MORIN,

Plaintiffs,

v.

COUNTY OF RIVERSIDE; OSCAR RODRIGUEZ; and DOES 1-10, Inclusive,

Defendants.

Case No. 5:14-CV-01793-VAP-DTBx
[*Hon. Virginia A. Phillips, Dist. Judge; Hon. David T. Bristow, Mag. Judge*]

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND OF THE ACTION**

[*Proposed Order filed concurrently herewith*]

Complaint Filed: August 29, 2014
Trial Date: Vacated

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, plaintiffs .P. and I.P., by and through their guardian ad litem Diana Perez, in each case individually and as successors in interest to **Luis Morin, Jr.**, deceased; J.M. and E.M., by and through their guardian ad litem Fabiola Velasquez, in each case individually and as successors in interest to Luis Morin Jr., deceased; MARIA GOMEZ; and LUIS MORIN

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

("plaintiffs") and defendants COUNTY OF RIVERSIDE ("County") and Dep. OSCAR RODRIGUEZ (collectively herein after as "Defendants") – the parties – hereby stipulate for the purpose of jointly requesting that the honorable Court dismiss with prejudice all causes of action and/or claims therein, as follows.

## GOOD CAUSE STATEMENT.

1. The incident at issue in this action was the January 27, 2014 shooting involving plaintiffs' decedent LUIS MORIN, JR. and defendant Dep. OSCAR RODRIGUEZ, a deputy of the County's Riverside Sheriff's Department.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a plaintiff may dismiss an action or any claims therein without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

3. The parties have reached a confidential settlement of all claims in this action. [Dkt. Doc. 90, 96, 100.]

4. In light of the foregoing, the parties hereby stipulate that there is Good Cause to dismiss with prejudice all of plaintiffs' claims in this action, as specified herein below.

## STIPULATION FOR DISMISSAL WITH PREJUDICE.

5. In light of the foregoing, by and through their attorneys of record in this action, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to, the following *dismissals with prejudice* to plaintiff's claims in this action [*see, e.g.*, Dkt. Doc. 60]:

6. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Unlawful Arrest** of Decedent in violation of the Fourth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiffs A.P., I.P., J.M., and E.M. against defendant Dep. OSCAR RODRIGUEZ [First Cause of Action];

7. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Excessive Force**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

on Decedent in violation of the Fourth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiffs A.P., I.P., J.M., and E.M. against defendant Dep. OSCAR RODRIGUEZ [First Cause of Action];

8. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Wrongful Death**, pursuant to Cal. Code Civ. Proc. § 377.60 by by plaintiffs A.P., I.P., J.M., E.M., MARIA GOMEZ, and LUIS MORIN (SR.) against defendants Dep. OSCAR RODRIGUEZ, DOES 2-6, and COUNTY OF RIVERSIDE [Second Cause of Action];

9. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Failure to Provide Medical Care** to Decedent in Violation of Due Process Rights/Fourteenth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiffs A.P., I.P., J.M., and E.M. against defendants Dep. OSCAR RODRIGUEZ and DOES 2-6 [Third Cause of Action];

10. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Deprivation of Familial Association** in Violation of Due Process Rights/Fourteenth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiffs A.P., I.P., J.M., E.M., MARIA GOMEZ, and LUIS MORIN (SR.) against defendants Dep. OSCAR RODRIGUEZ and DOES 2-6 [Fourth Cause of Action];

11. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Municipal Liability (*Monell* Claim)**, pursuant to 42 U.S.C. § 1983 by plaintiffs A.P., I.P., J.M., E.M., MARIA GOMEZ, and LUIS MORIN (SR.) against defendant COUNTY OF RIVERSIDE [Fifth Cause of Action];

12. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Battery** (Excessive Force on Decedent), pursuant to Cal. Gov. Code § 815.2 by plaintiffs A.P.,

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

I.P., J.M., and E.M. against defendants Dep. OSCAR RODRIGUEZ and COUNTY OF RIVERSIDE (vicariously) [Sixth Cause of Action];

13. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Negligence** (in tactics and in failure to provide medical care or otherwise), pursuant to Cal. Gov. Code § 815.2 by plaintiffs A.P., I.P., J.M., and E.M. against defendants Dep. OSCAR RODRIGUEZ and COUNTY OF RIVERSIDE (vicariously) [Seventh Cause of Action];

14. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Wrongful Detention** of Plaintiff GOMEZ, in violation of the Fourth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiff MARIA GOMEZ against defendants Dep. OSCAR RODRIGUEZ and DOES 2-6 [Eighth Cause of Action];

15. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Wrongful Arrest** of Plaintiff GOMEZ, in violation of the Fourth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983 by plaintiff MARIA GOMEZ against defendants Dep. OSCAR RODRIGUEZ and DOES 2-6 [Eighth Cause of Action];

16. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Intentional Infliction of Emotional Distress (IIED)**, pursuant to Cal. Gov. Code § 815.2 by plaintiff MARIA GOMEZ against defendants Dep. OSCAR RODRIGUEZ and COUNTY OF RIVERSIDE [Ninth Cause of Action]; and

17. Plaintiffs hereby stipulate to **dismiss with prejudice** all of plaintiff's claims and causes of action in this civil action regarding the claim for **Negligent Infliction of Emotional Distress (NIED)**, pursuant to Cal. Gov. Code § 815.2 by plaintiff MARIA GOMEZ against defendants Dep. OSCAR RODRIGUEZ, DOES 1-6, and COUNTY OF RIVERSIDE [Tenth Cause of Action].

18. To the extent any other legal claims or causes of action are implicitly or explicitly raised in the operative Complaint [*e.g.*, Dkt. Doc. 60], Plaintiffs hereby stipulate to **dismiss with prejudice** any and all such claims and/or causes of action.

19. In light of the foregoing, plaintiffs and Defendants hereby stipulate to and jointly request that the honorable Court **dismiss with prejudice** this action in its entirety.

20. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED: March 4, 2016

**KENNER & GREENFIELD;**
**NORRIS & GALANTER LLP**

By: /s/ Donald G. Norris
David E. Kenner, Esq.
Brett A. Greenfield, Esq.
Donald G. Norris, Esq.
Attorneys for Plaintiffs,
A.P. and I.P., by and through their guardian ad litem Diana Perez, in each case individually and as successors in interest to Luis Morin, Jr., deceased; J.M. and E.M., by and through their guardian ad litem Fabiola Velasquez, in each case individually and as successors in interest to Luis Morin Jr., deceased; MARIA GOMEZ; and LUIS MORIN (SR.)

DATED: March 5, 2016

**SMITH LAW OFFICES, LLP**

By: /s/ Douglas C. Smith
Douglas C. Smith, Esq.
Attorneys for Defendant,
Dep. OSCAR RODRIGUEZ

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

DATED: March 7, 2016

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Tony M. Sain

Eugene P. Ramirez, Esq.
Tony M. Sain, Esq.
Angela M. Powell, Esq.
Attorneys for Defendant,
COUNTY OF RIVERSIDE